97 A.3d 263

IN THE MATTER OF WAYNE POWELL, AN ATTORNEY
AT LAW (ATTORNEY NO. 030841984).

September 5, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–404, concluding that **WAYNE POWELL** of **CHERRY HILL,** who was admitted to the bar of this State in 1985, should be censured for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **WAYNE POWELL** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.